UNITED STATES *v.* L. P. SEIBOLD, INC. (LANSBURGH & BROS.)

**No. 4484.**—Invoice dated Paris, France, August 5, 1938.
        Certified August 8, 1938.
        Entered at Washington, D. C., August 25, 1938.
        Entry No. W–126(1).

(Decided January 6, 1939)

*Webster J. Oliver*, Assistant Attorney General (*Daniel I. Auster*, special attorney), for the plaintiff.
*Tompkins & Tompkins* for the defendant.

SULLIVAN, Judge: This appeal to reappraisement has been submitted on stipulation for decision by counsel for the parties hereto.

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, is the proper basis for the determination of the value of the merchandise here involved, and that such values are as follows:

Wool Hooked Rugs:

| *Size* | *Francs each* |
|---|---|
| 24″ x 36″ | 31. 86 |
| 27″ x 54″ | 57. 87 |
| 36″ x 63″ | 85. 00 |
| 6′ x 9′ | 300. 00 |
| 9′ x 12′ | 592. 20 |

| | *Francs per meter* |
|---|---|
| 27″ roll | 42. 00 |

all less 1 percent discount, packing included.

Judgment will be rendered accordingly.